ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KIM ELLIS, <br><br> Defendant. | CASE NO. 2:24-cr-00299-JAM <br><br> **ORDER DISMISSING PETITION (ECF No. 11)** <br><br> DATE: November 4, 2025 <br> TIME: 10:00 a.m. <br> COURT: Hon. John A. Mendez |

**ORDER**

Based on the United States's Motion to Dismiss, it is HEREBY ORDERED that the supervised release petition (ECF No. 2) is **DISMISSED** against the above-captioned defendant. The Evidentiary Hearing scheduled for November 04, 2025, is **VACATED**.

Dated: October 27, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE